# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES HOLMES, JR, | 2:12-cv-00273-KJD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| ANDRE AGASSI COLLEGE PREP ACADEMY, | |
| Defendant. | |

Before the Court is *James Holmes, Jr. v. Andre Agassi College Prep Academy*, case no. 2:12-cv-00273-KJD-VCF.

The Court has been informed by Plaintiff James Holmes, Jr. that he needs additional time to file an opposition and obtain new counsel. His attorney, Barry Levinson, Esq., has been disbarred. According to the State Bar of Nevada website, Mr. Levinson's license to practice law is suspended. Pending before the Court is Defendant's Motion to Compel and Request for Status Conference (#31) filed on September 28, 2012. Plaintiff's opposition is currently due on October 15, 2012.

In light of Mr. Levinson's suspension from practicing law, the Court will allow Plaintiff additional time to file the opposition, to obtain new counsel, and for the new counsel to have sufficient time to review the case.

IT IS HEREBY ORDERED that the opposition to Defendant's Motion to Compel and Request for Status Conference (#31) must be filed or before November 15, 2012. If Plaintiff is not able to retain new counsel before November, 15, 2012, the opposition will still be due on that date.

IT IS FURTHER ORDERED that Mr. Levinson must forward a copy of this order to Plaintiff Holmes.

IT IS FURTHER ORDERED that Mr. Levinson must call chambers at (702) 464-5540 and provide Plaintiff Holmes' contact information.

IT IS FURTHER ORDERED that the Court clerk will terminate Mr. Levinson as counsel of record for Plaintiff Holmes.

DATED this 4th day of October, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE