Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Andre Agassi College Preparatory Academy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HOLMES, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE AGASSI FOUNDATION FOR EDUCATION, foreign corporation; ANDRE AGASSI COLLEGE PREP ACADEMY, DOES 1 through 10, ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00273-KJD-VCF<br><br>**REQUEST FOR LEAVE TO WITHDRAW ATTORNEY JAMIE L. ZIMMERMAN AS COUNSEL FOR DEFENDANT** |

Defendant Andre Agassi College Preparatory Academy, by and through its counsel of record, Jackson Lewis LLP, hereby requests leave of Court to remove attorney Jamie L. Zimmerman as counsel of record from the above captioned case and the Court's docket. Ms. Zimmerman is no longer an employee of Jackson Lewis LLP. Her withdrawal will not cause any delay in the action. Elayna J. Youchah will remain lead counsel of record for Defendant.

Plaintiff's counsel has been notified and does not oppose this request.

Dated this 19th day of March, 2013.

JACKSON LEWIS LLP

 /s/ Elayna J. Youchah
Elayna J. Youchah, Bar # 5837
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-20-2013